UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Rakeem Tykell Cotton**  **Docket No. 5:20-CR-447-1BO**

### Petition for Action on Supervised Release

COMES NOW Matthew A. Fmura, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Rakeem Tykell Cotton, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(l) and 18 U.S.C. § 924(a)(2), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on December 8, 2021, to the custody of the Bureau of Prisons for a term of 30 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Rakeem Tykell Cotton was released from custody on September 21, 2023, at which time the term of supervised release commenced.

On January 2, 2024, a Petition for Action was submitted advising the court that the defendant tested positive for marijuana use on December 31, 2024. The conditions of supervision were modified to include mental health treatment in addition to substance abuse treatment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On March 21, 2024, the defendant submitted a urine specimen to the U.S. Probation Office which tested positive for marijuana use. Cotton admitted using marijuana and signed an admission form. The defendant is currently enrolled in substance abuse treatment at Straight Walk Family Services in Rocky Mount, North Carolina. As a sanction for his conduct, it is respectfully requested that the conditions of supervision be modified to include a GPS-monitored curfew for a period of 45 days. This sanction hopes to restrict the defendant's movements and ensure compliance with treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 45 days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: GPS monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Rakeem Tykell Cotton
Docket No. 5:20-CR-447-1BO
Petition For Action
Page 2

Reviewed and approved,

/s/ Dewayne L. Smith
Dewayne L. Smith
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Matthew A. Fmura
Matthew A. Fmura
U.S. Probation Officer
150 Reade Circle
Greenville, NC 27858-1137
Phone: 252-830-2345
Executed On: April 22, 2024

## ORDER OF THE COURT

Considered and ordered this 23 day of April, 2024, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
United States District Judge